IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 3:15-cr-00369-JO-1 |
| | ) |
| v. | ) |
| | ) JUDGMENT |
| RAUL DAVID ALVARADO | ) |
| | ) |
| | ) |
| Defendant. | ) |

JONES, District Judge:

    Based on the record, it is ORDERED and ADJUDGED that this action is dismissed with prejudice.  The Court declines to issue a certificate of appealability.  All other pending motions are DENIED as MOOT.

    IT IS SO ORDERED.

    DATED this 29th day of April, 2022.

/s/ Robert E. Jones\
Robert E. Jones, Senior Judge\
United States District Court
